### 2756.  HOPKINS v. THE STATE.

HILL, C. J.   1.  The alleged newly discovered evidence is cumulative and
impeaching in character, and the trial judge did not abuse his dis-
cretion in refusing to grant a new trial on that ground.

2. No error of law is complained of, and the evidence supports the verdict.

*Judgment affirmed.*

DECIDED JULY 25, 1910.

Indictment for sale of liquor; from Banks superior court—
Judge Brand.   April 23, 1910.

*W. W. Stark,* for plaintiff in error.

*Clifford Walker, solicitor-general,* contra.

---

### 2758.  WARTHEN v. THE STATE.

RUSSELL, J.   1.  There was no error in refusing to continue the case.
The decision is controlled by the ruling of this court in *Howard* v. *State,*
7 *Ga. App.* 61 (65 S. E. 1076).

2. The circumstances were sufficient to authorize the inference that the
defendant was betting as well as playing cards; and as the game in
which the defendant was charged to have been engaged was not alleged
to have been played in any particular manner or denominated by a
specific name, the court was not required, in the absence of a request,
to instruct the jury that they would have to be satisfied as to the
particular kind of game the accused was playing, and the name of such
game, before they would be authorized to convict.

*Judgment affirmed.*

DECIDED JULY 25, 1910.

Accusation of gaming; from city court of Sandersville—Judge
Jordan.   May 23, 1910.

*John R. Cooper,* for plaintiff in error.

*J. E. Hyman, solicitor,* contra.